IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDINE CALHOUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-871-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiff's unopposed *Motion for Extension of Time* (Doc. #13, filed February 8, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Plaintiff may file her brief **on or before March 14, 2008**.

Done this 13th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE