## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

CLAUDINE CALHOUN,                          )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    ) **CIVIL ACTION NO. 1:07-CV-871-TFM**
                                           )
MICHAEL J. ASTRUE,                         )
COMMISSIONER OF SOCIAL SECURITY,           )
                                           )
          Defendant.                       )

### ORDER ON MOTION

Upon consideration of Plaintiff's second unopposed *Motion for Extension of Time* (Doc. #15, filed March 14, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Plaintiff may file her brief **on or before March 21, 2008**.

Done this 17th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE