IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDINE CALHOUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-871-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiff's *Motion* (Doc. #17, filed April 21, 2008), seeking the Court's permission to file a brief in excess of 15 pages, it is hereby **ORDERED** that the motion is **GRANTED**, and Plaintiff's brief may exceed the limit by one page. If necessary, Defendant's brief may exceed the page limit by one page.

Done this 22nd day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE