# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CLAUDINE CALHOUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-871-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 28, 2007, the plaintiff filed her complaint in this court. On October 2, 2007, the court entered a scheduling order directing the plaintiff to file a brief no later than 40 days after the defendant filed her answer. *See* Doc. # 4. The defendant filed an answer on January 2, 2008. *See* Doc. # 12. The plaintiff's brief was originally due on February 14, 2008. Plaintiff received two extensions of the filing date, with the most recent set for March 21, 2008. *See* Doc. ## 14, 16. More recently, the plaintiff received permission to file a brief in excess of 15 pages. *See* Doc. #18. To date, the plaintiff has not filed a brief. Accordingly, it is

**ORDERED that on or before May 8, 2008**, the plaintiff shall show cause why this case should not be dismissed for want of prosecution.

Done this 1st day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE